UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Smith International, Inc.,** | § § § | |
| **Plaintiff,** | § | |
| VS. | § § | CIVIL ACTION NO. H-04-4151 |
| **The Egle Group, L.L.C.,** | § | |
| **Don M. Egle,** | § | |
| **and** | § | |
| **Daniel Rees, as Trustee of the Trust for Michele A. Goethe Egle Trust for John M. Egle, Jr., and the Egle Trust for Lauren E. Egle,** | § § § § § § | |
| **Defendants.** | § | |

## **MEMORANDUM AND ORDER**

Pending before the Court is Plaintiff's motion to set oral hearing on Plaintiff's motion for summary judgment. In support of its motion, Plaintiff states that the discovery deadlines have passed and that no discovery is outstanding. (Pl.'s Mot. to Set Oral Hearing at 2.) However, as Defendants note in their response to the motion, all parties have requested that the discovery deadlines be extended for 90 days, pending resolution of the issue of the Court's personal jurisdiction over Defendant Daniel Rees. (*See* Defs.' Resp. to Pl.'s Mot. to Set Oral Hearing at 2-3; Joint Status Report, Docket No. 44, at 2.) The jurisdictional question remains unresolved. Plaintiff's motion to set oral hearing is therefore **DENIED**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 25th day of October, 2005.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.**