UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Smith International, Inc.,** | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-04-4151 |
| | § | |
| **The Egle Group, L.L.C.,** | § | |
| **Don M. Egle,** | § | |
| **and** | § | |
| **Daniel Rees, as Trustee of the Egle Trust** | § | |
| **for Michelle A. Egle, The Egle Trust for** | § | |
| **John M. Egle, Jr., and the Egle Trust for** | § | |
| **Lauren E. Egle,** | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM AND ORDER

Pending before the Court is Plaintiff's motion for summary judgment, Docket No. 56. The Court hereby orders Defendants to file their response, if any, no later than November 15, 2005.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 8th day of November, 2005.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.