UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Smith International, Inc.,** | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-04-4151 |
| | § | |
| **The Egle Group, L.L.C.,** | § | |
| **Don M. Egle,** | § | |
| **and** | § | |
| **Daniel Rees, as Trustee of the Egle Trust** | § | |
| **for Michelle A. Egle, the Egle Trust for** | § | |
| **John M. Egle, Jr., and the Egle Trust for** | § | |
| **Lauren E. Egle,** | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM AND ORDER

By today's Order of this Court, Docket No. 106, Plaintiff's Second Amended Complaint is reinstated to this Court's docket. Accordingly, Plaintiff's summary judgment motion, Docket No. 56, Defendants' motion for extension of time to respond to Plaintiff's motion, Docket No. 101, and Defendants' motion for expedited consideration of the motion for extension, Docket No. 102, are hereby also restored to the docket. Defendants' motions for expedited consideration, Docket No. 102, and for extension of time, Docket No. 101, are hereby **GRANTED**. Defendants must respond to Plaintiff's motion for summary judgment not later than November 30, 2005.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 14th day of November, 2005.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.**