UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Smith International, Inc.,** | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. H-04-4151 |
| **The Egle Group, L.L.C.,** | § | |
| **Don M. Egle,** | § | |
| **and** | § | |
| **Daniel Rees, as Trustee of the Trust for Michele A. Goethe Egle Trust for John M. Egle, Jr., and the Egle Trust for Lauren E. Egle,** | § § § § § | |
| **Defendants.** | § | |

## MEMORANDUM AND ORDER

After considering the parties' oral arguments at the hearing held today, November 15, 2005, the Court finds that Defendant Daniel Rees's motion for a 90-day continuance should be and hereby is **DENIED**. If Mr. Rees wishes to resubmit the motion, it must be accompanied by specific facts demonstrating his need for additional discovery before filing a response to Plaintiff's motion for summary judgment.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 15th day of November, 2005.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**