UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Smith International, Inc.,** | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-04-4151 |
| | § § | |
| **The Egle Group, L.L.C.,** | § | |
| **Don M. Egle,** | § | |
| **and** | § | |
| **Daniel Rees, as Trustee of the Trust for** | § | |
| **Michele A. Goethe Egle Trust for John M.** | § | |
| **Egle, Jr., and the Egle Trust for Lauren E.** | § | |
| **Egle,** | § § § | |
| Defendants. | § | |

## MEMORANDUM AND ORDER

After considering the parties' oral arguments at the hearing held today, November 15, 2005, the Court finds that all claims and discovery against Defendant Don M. Egle should be and hereby are **STAYED**. Any party wishing to pursue claims or discovery against Mr. Egle must first move the Court for leave and show good cause for doing so.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 15th day of November, 2005.

_Keith P. Ellison_
———————————————
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.