UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Smith International, Inc.,** § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. H-04-4151 |
| § | |
| **The Egle Group, L.L.C.,** § | |
| **Don M. Egle,** § | |
| **and** § | |
| **Daniel Rees, as Trustee of the Egle Trust** § | |
| **for Michelle A. Egle, the Egle Trust for** § | |
| **John M. Egle, Jr., and the Egle Trust for** § | |
| **Lauren E. Egle,** § | |
| § | |
| **Defendants.** § | |

## MEMORANDUM AND ORDER

Pending before the Court is Defendant Rees's motion for leave to file a sur-reply to Plaintiff's reply to Rees's response to Plaintiff's motion for summary judgment. After reviewing the motion, Docket No. 131, the Court finds that it should be and hereby is **GRANTED**. The Clerk of the Court is **ORDERED** to enter Rees's sur-reply into the docket.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 9th day of January, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.