UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SMITH INTERNATIONAL, INC., § | |
| § | |
| Plaintiff, § | |
| VS. § | |
| § | |
| THE EGLE GROUP, L.L.C., § | |
| DON M. EGLE, § | |
| and § | |
| DANIEL REES, as Trustee of § | CIVIL ACTION NO. H-04-4151 |
| THE EGLE TRUST FOR MICHELE A. § | |
| GOETHE EGLE, § | |
| THE EGLE TRUST FOR JOHN M. § | |
| EGLE, JR., § | |
| and § | |
| THE EGLE TRUST FOR LAUREN E. § | |
| EGLE, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

Pursuant to FED. R. CIV. P. 58(a), and for the reasons stated in the accompanying Memorandum and Order, **JUDGMENT IS ENTERED** for Defendants.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 27th day of January, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.